UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:06-0034 |
| JEROME T. PILLOW, | ) JUDGE WILLIAM J. HAYNES |
| Defendant, | ) |
| LASKO PRODUCTS INC., | ) |
| Garnishee. | ) |

**APPLICATION FOR CONTINUING WRIT OF GARNISHMENT
AGAINST THE PROPERTY OF
JUDGMENT DEFENDANT JEROME T. PILLOW**

*[Handwritten: Denied. The application is GRANTED. /s/ Judge 1-27-12]*

The plaintiff, the United States of America, by counsel, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Steve Jordan, Assistant United States Attorney, respectfully makes application pursuant to Section 3205(b)(1) of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(b)(1), to the United States District Court to issue a Continuing Writ of Garnishment upon the judgment entered against the defendant, Jerome T. Pillow ("defendant" or "judgment debtor"). In support of this application, the United States provides the following statement pursuant to 28 U.S.C. § 3205(b)(1):

1. The judgment debtor's name is Jerome T. Pillow. His Social Security Number is XXX-XX-9654 and his last known address is 104 Dogwood Drive, Columbia, TN 38401.

2. Judgment was entered against the defendant in this action in the amount of $6,166.83 plus post-judgment interest at the rate of 5.08% compounded annually. The defendant has made no payments toward payment of the judgment. The total balance due is $7,299.58, as of