UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:06-0034 |
| JEROME PILLOW, ) | JUDGE WILLIAM J. HAYNES |
| ) | |
| Defendant, ) | |
| ) | |
| LASKO PRODUCTS, INC., ) | |
| ) | |
| Garnishee. ) | |

## MOTION FOR ENTRY OF DISPOSITION ORDER IN CONTINUING GARNISHMENT

The plaintiff, the United States of America, by counsel, Jerry Martin, United States Attorney for the Middle District of Tennessee, and Steven Jordan, Assistant United States Attorney, respectfully moves the Court to enter the Disposition Order in Garnishment in this matter pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205(c)(7). In support of this motion, the United States states:

1. An Application for Writ of Garnishment was filed by the United States of America on December 16, 2011, and a Writ of Garnishment directed to Garnishee was duly issued on January 27, 2012. The Garnishee accepted service by first class mail.

2. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of wages or earnings.

3. The Defendant was served with a copy of the Writ of Garnishment and notified of his right to a hearing. The defendant did not request a hearing.