UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:06-0034 |
| JEROME PILLOW, ) | JUDGE WILLIAM J. HAYNES |
| ) | |
| Defendant, ) | |
| ) | |
| LASKO PRODUCTS, INC., ) | |
| ) | |
| Garnishee. ) | |

## DISPOSITION ORDER IN CONTINUING GARNISHMENT

This matter is before the Court for consideration of the entry of a final order in garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3205(c)(7), against the non-exempt property of the Judgment Defendant, Jerome Pillow.

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to the Garnishee has been duly issued and served upon the Garnishee. (D.E. 10). Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to the Defendant in the form of wages. (D.E. 14). The Defendant was served with a copy the Writ of Garnishment and notified of his right to a hearing. The Defendant did not request a hearing.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the Defendant, the Answer of the Garnishee, and the fact that the Defendant did not request a hearing, now finds that the entry of the final order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee is hereby ordered to pay into the hands of the United States District Court Clerk, in accordance with the Writ of Garnishment signed by this Court, 25 percent of Defendant's non-exempt net disposable earnings until further order by the Court with the understanding that the United States has been notified that a pre-existing child support order has been issued against the Defendant and takes priority over this Writ of Garnishment until such time that the child support order has extinguished.

IT IS FURTHER ORDERED THAT these sums are to be applied upon the judgment rendered in this cause in the sum of $6,514.33, upon which there is an unpaid balance of $7,299.88 as of April 9, 2012, plus interest at the rate of 2.18%.

Checks should be made payable to:

U.S. DISTRICT COURT CLERK

and mailed to:

Clerk, U.S. District Court
United States Courthouse
801 Broadway, 8th Floor
Nashville, TN 37203

DATED: 4-23-12

WILLIAM J. HAYNES
United States District Judge

Copies to:

Steve Jordan
Assistant United States Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN 37203

2

Case 1:06-cv-00034   Document 15-1   Filed 04/13/12   Page 2 of 3 PageID #: 70
Case 1:06-cv-00034   Document 17   Filed 04/24/12   Page 2 of 2 PageID #: 74